# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MONICA OROZCO,

    Plaintiff,

v.                                    Case No: 8:14-cv-414-T-30AEP

NICE BLUE, INC., JUAN MATA,
MARTIN MATA and PABLO CADENA,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #34). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #34) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. This matter is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

3. Defendant Nice Blue, Inc.'s Motion to Compel Discovery is denied as moot.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of March, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2014\14-cv-414 adopt 34.docx